# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFREY M. REYNOLDS

NO. 2019 KW 0696

AUG 19 2019

---

In Re:    Jeffrey M. Reynolds, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 12-FELN-028551.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on his application for postconviction relief, a copy of his bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 15, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

Moreover, without showing a particularized need, incarcerated indigents are entitled to a free copy of certain documents: Boykin transcript, bill of information, commitment papers, court minutes for various portions of the trial, and minutes of the sentencing. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094, 1095 (per curiam). For all other documents, the inmate is required to establish a "particularized need" by properly filing an application for postconviction relief, which sets out specific claims of constitutional errors requiring the requested documentation for support. See **State ex rel. Bernard v. Criminal District Court Section "J"**, 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (per curiam); **State ex rel. McKnight v. State**, 98-2258 (La. App. 1st Cir. 12/3/98), 742 So.2d 894, 895 (per curiam). Relator failed to provide this court with any documentation showing the district court denied his request for documentation to which he is entitled.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT